Form 3A
(10/05)

# United States Bankruptcy Court

District Of ___Illinois___

In re ___JEFF AND CHERRIE REVELS___,   Case No. __07-73028__
Debtor
Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __04__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ _____ Check one ☐ With the filing of the petition, or
                          ☑ On or before _____
   
   $ __91.50__ on or before __1-15-08__
   $ __91.50__ on or before __2-15-08__
   $ __91.50__ on or before __3-15-08__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  _____    _Jeff Revels_____  _12-13-07_
Signature of Attorney    Date      Signature of Debtor      Date
                                   (In a joint case, both spouses must sign.)

_____              _Cherrie Revels_____  _12-13-07_
Name of Attorney                   Signature of Joint Debtor (if any)   Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
DEC 13 2007
KENNETH S. GARDNER, CLERK
BY _____ DEPUTY CLERK

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
District Of ___ILLINOIS___

In re __JEFF AND CHERRIE REVELS__,
Debtor

Case No. _____

Chapter __13__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one  ☐ With the filing of the petition, or
                         ☒ On or before _____

$ __91.50__ on or before __1-15-08__
$ __91.50__ on or before __2-15-08__
$ __91.50__ on or before __3-15-08__

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

KENNETH S. GARDNER
Clerk of the U.S. Bankruptcy Court

Date: __12-13-07__

_United States Bankruptcy Judge_